1494

## RECONSIDERATION OF PRIOR DECISIONS

**2008-2133 and 2008-2228.  State v. Underwood.**
Montgomery App. No. 22454, 2008-Ohio-4748. Reported at 124 Ohio St.3d 365, 2010-Ohio-1, 922 N.E.2d 923. On motion for reconsideration. Motion denied.
  LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., dissent.

**2009–0141.  State ex rel. Galligan v. Indus. Comm.**
Franklin App. No. 08AP–36, 2008-Ohio-6426. Reported at 124 Ohio St.3d 233, 2010-Ohio-3, 921 N.E.2d 231. On motion for reconsideration. Motion denied.